**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Montavious Devon McGILL,**
**Defendant–Appellant.**

**No. 04–30094.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

Catherine M. Maraist, U.S. Attorney's Office Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Montavious Devon McGill ("McGill") has moved for leave to withdraw from this direct appeal and has filed a

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). McGill has received a copy of counsel's motion and has filed a pro se response. In his response, McGill contends that his trial counsel was ineffective. We conclude that the record is insufficiently developed to allow consideration on direct appeal of McGill's claims of ineffective assistance of counsel. *See United States v. Brewster*, 137 F.3d 853, 859 (5th Cir.1998).

Our independent review of counsel's brief and the record disclose no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED without prejudice to McGill's right to raise his ineffective assistance of counsel claims in a 28 U.S.C. § 2255 proceeding. *See* 5TH CIR. R. 42.2.